**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

Michael Taylor,

  Plaintiff,

v.              CASE NO. 14-CV-063-TCK-TLW

The Apothecary Shoppe, LLC

  Defendant.

## NOTICE OF RULE 41(a) DISMISSAL WITH PREJUDICE
## AND REQUEST TO DISSOLVE THE TEMPORARY RESTRAINING ORDER

  Pursuant to a settlement agreement between Plaintiff Michael Taylor and Defendant The Apothecary Shoppe, Plaintiff hereby moves under Federal Rule of Civil Procedure 41(a) that this action (Case Number 14-cv-063-TCK-TLW) be dismissed with prejudice.  In light of the settlement, the parties stipulate that this Court should dissolve the Temporary Restraining Order issued on February 12, 2014.

  Dated: February 17, 2014.    RESPECTFULLY SUBMITTED,


              /s/ Paul DeMuro
              Paul DeMuro, OBA No. 17605
              FREDERIC DORWART, LAWYERS
              124 E. 4th Street
              Tulsa, Oklahoma  74103
              (918) 583-9922 – Telephone
              (918) 583-8251 – Facsimile
              Email:  pdemuro@fdlaw.com


              And

Matthew S. Hellman
Carrie F. Apfel
JENNER & BLOCK, LLP
1099 New York Avenue NW, Suite 900
Washington, DC  20001-4412
(202) 639-6861 – Telephone
(202) 661-4983 – Facsimile
Email:  MHellman@jenner.com
              CApfel@jenner.com

*Counsel for Plaintiff,*
*Michael Taylor*


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 17th day of February, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.


*/s/* Paul DeMuro